IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02094-BNB

GREGORY D. ALBRIGHT,

    Plaintiff,

v.

STATE OF COLORADO,
BILL RITTER, Governor,
ARISTEDES W. ZAVARAS,
STEVE L. HARTLEY,
COLORADO DEPARTMENT OF CORRECTIONS,
MR. KAHANIC,
MRS. KAHANIC,
LT. FOX,
MS. COSTNER, and
ROBERT HOUSTON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING 28 U.S.C. § 1915 MOTION

Plaintiff, Gregory D. Albright, is a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado. Mr. Albright has filed *pro se* a Prisoner Complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information about his financial status, the court finds that Mr. Albright is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full

amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Albright may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Albright remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Albright may proceed in this action without payment of an initial partial filing fee. Mr. Albright remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Albright shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Albright is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Albright must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Albright fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the "Motion for Serve [sic] of Summons & Complaint" filed on September 25, 2007, and the "Motion for the Service of Summons and Complaint" filed on October 15, 2007, are denied as premature. Process shall not issue until further order of the court.

DATED October 19, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02094-BNB

Gregory D. Albright
Prisoner No. 95774
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
Deputy Clerk