# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02094-BNB

GREGORY D. ALBRIGHT,

    Plaintiff,

v.

STATE OF COLORADO,
BILL RITTER, Governor,
ARISTEDES W. ZAVARAS,
STEVE L. HARTLEY,
COLORADO DEPARTMENT OF CORRECTIONS,
MR. KAHANIC,
MRS. KAHANIC,
LT. FOX,
MS. COSTNER, and
ROBERT HOUSTON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2007

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Expedited Review Due to Imminent Danger – and Petition for Evidentiary Hearing" filed on November 26, 2007, is DENIED because Plaintiff has not filed a second amended complaint as directed.

Dated: November 27, 2007

Copies of this Minute Order were mailed on November 27, 2007, to the following:

Gregory D. Albright
Reg. No. 95774
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

                                      Secretary/Deputy Clerk